**Bryan S. MONATH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60887.**

Missouri Court of Appeals,
Western District.

Feb. 11, 2003.

Susan Lynn Hogan, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora Fichter, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Bryan Monath appeals the denial of his Rule 29.15 Motion without an evidentiary hearing. For reasons stated in the Memo-

---

randum provided to the parties, the judgment of the motion court is affirmed. Rule 84.16(b).